UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>NICHOLAS GANSKE,<br><br>　　　　Defendant. | 4:23-CR-40098-KES<br><br><br>ORDER ACCEPTING<br>REPORT & RECOMMENDATION |

On November 28, 2023, defendant, Nicholas Ganske, appeared before Magistrate Judge Veronica Duffy for a change of plea hearing. Magistrate Judge Duffy issued a report recommending the court accept defendant's plea of guilty to the Indictment. The Indictment charges Ganske with conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. The parties both waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 74) is adopted. The defendant is adjudged guilty of conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 846.

It is FURTHER ORDERED that the sentencing hearing in this matter will be on February 26, 2024, at 9:00 a.m. in Sioux Falls Courtroom 2.

Dated November 30, 2023.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Karen E. Schreier*
　　　　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE